# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LARRY W. JOHNSON, III**, <br><br> Plaintiff, <br><br> vs. <br><br> **NORTH GEORGIA LANDSCAPE MANAGEMENT, LLC,**, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:21-cv-00329-SCJ |

## DEFAULT JUDGMENT

A default having been entered against the defendant on 12/17/21, and the plaintiff having requested entry of default judgment against the defaulted defendant and having filed a proper affidavit in accordance with Rule 55 of the Federal Rules of Civil Procedure,

JUDGMENT IS HEREBY ENTERED in favor of the plaintiff , against the defendant North Georgia Landscape Management, LLC, for the sum of of (1) $797.36 for unpaid overtime compensation and (2) $797.36 for liquidated damages for a total of $1,594.72 with post-judgment interest to accrue at the legal rate.

Dated at Atlanta, Georgia this 17th day of December, 2021.

                                                                  KEVIN P. WEIMER
                                                                  CLERK OF COURT

By:    s/Shane Gazaway
           Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   December 17, 2021
Kevin P. Weimer
Clerk of Court


By: s/Shane Gazaway
      Deputy Clerk